UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANDREA LYNETTE HARTLEY,

        Plaintiff,        Case Number: 1:14-cv-1271 (RLY-DML)

v.

LVNV FUNDING, LLC and RESURGENT
CAPITAL SERVICES LP,

        Defendants.

## **DEFENDANTS' PRELIMINARY EXHIBIT LIST**

Defendants LVNV Funding, LLC ("LVNV") and Resurgent Capital Services L.P. ("Resurgent"), by counsel and pursuant to the Court's Case Management Order, and for their Preliminary Exhibit List, provide the following.

1. Plaintiff's bankruptcy petition and schedules.

2. All documents filed in Plaintiff's Chapter 13 bankruptcy proceeding, including claims.

3. Any and all responses to written discovery made by any party.

4. Any and all deposition transcripts for depositions taken in connection with this matter.

5. Any and all exhibits included in Plaintiff's exhibit list.

6. Any and all exhibits needed for impeachment or rebuttal purposes.

7. Any and all documents produced by either party in response to any informal discovery request or in response to any Request for the Production of Documents.

Defendants reserve the right to amend and supplement the foregoing list as the parties conduct discovery, and the matter goes forward.

Dated: May 1, 2015

          s/ Michael S. Poncin
          Michael S. Poncin
          MOSS & BARNETT
          150 South Fifth Street, Suite 1200
          Minneapolis, MN 55402
          Telephone: (612) 877-5290
          Facsimile: (612) 877-5056
          Mike.Poncin@lawmoss.com

          BARNES & THORNBURG LLP
          Jeanine Kerridge
          11 South Meridian Street
          Indianapolis, IN 46204
          Telephone: (317) 236-1313
          Facsimile: (317) 231-7433
          jkerridge@btlaw.com

          **Attorneys for the Defendants**

2

2835853v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2015 a copy of the foregoing Defendants' Preliminary Exhibit List was filed electronically using the CM/ECF system and is available to all counsel of record using same.

<pre>
                                   s/ Michael S. Poncin
                                   Michael S. Poncin
</pre>

3
2835853v1