UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Andrea Lynette Hartley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-1271-RLY-DML |
| ) | |
| LVNV Funding, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Plaintiff Andrea Lynnette Hartley, by counsel and pursuant to the Court's Case Management Plan, hereby submits her Preliminary Exhibit List.

1. Plaintiff's bankruptcy petition and schedules.

2. All documents filed in plaintiff's bankruptcy proceeding, including, but not limited to, the proof of claim filed by defendants and the plaintiff's objection thereto and the Court's Order on the objection.

3. Any and all responses to written discovery made by any party.

4. Any and all deposition transcripts for depositions taken or to be taken in this matter.

5. Any and all exhibits included in Defendants' exhibit list.

6. Any and all exhibits needed for impeachment or rebuttal purposes.

7. Any and all documents produced by either party in response to any informal discovery request or in response to any Request for Production of Documents.

Plaintiff reserves the right to amend and supplement this Preliminary Exhibit List as the parties engage in discovery and this matter moves forward.

Dated: May 5, 2015                                    Respectfully submitted,


                                                      /s/ Thomas G. Bradburn
                                                      Counsel for Plaintiff



**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2015, a copy of the foregoing was served on the following parties via the Court's CM/ECF system:

Jeanine Kerridge
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
jkerridge@btlaw.com

Michael S. Poncin
Moss & Barnett
150 S. Fifth Street, Suite 1200
Minneapolis, MN  55402
Mike.Poncin@lawmoss.com


                                                      /s/ Thomas G. Bradburn
                                                      Thomas G. Bradburn



Thomas G. Bradburn (15377-47)
Bradburn Law Firm
92 S. 9th Street
Noblesville, Indiana 46060
Telephone (317) 475-0826
Fax (317) 475-0825
Email: tbradburn@bradburnlaw.com